*E-FILED - 12/9/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HASSAN ABPIKAR,                              )           No. C 08-4436 RMW (PR)
                                             )
                    Petitioner,              )           JUDGMENT
                                             )
     vs.                                     )
                                             )
                                             )
EDWARD FLORES, Chief of Corrections,         )
County of Santa Clara Department of          )
Corrections,                                 )
                                             )
                    Respondent.              )
_____

       The court has dismissed the instant pro se habeas petition.  A judgment of dismissal is

hereby entered.  The clerk shall close the file.

       The Clerk shall close the file.

       IT IS SO ORDERED.

DATED: _____12/5/08_____                    _Ronald M. Whyte_____
                                            RONALD M. WHYTE
                                            United States District Judge