***E-FILED - 1/15/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASSAN ABPIKAR, | ) | No. C 08-4436 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| EDWARD FLORES, Chief of Corrections, County of Santa Clara Department of Corrections, | ) | |
| Respondent. | ) | |

    The court has dismissed the instant pro se habeas petition. A judgment of dismissal is hereby entered. The clerk shall close the file.

    The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: __1/13/09_____

*(signature: Ronald M. Whyte)*
RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\HC.08\Abpikar4436jud.wpd    1